UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| Melvin and Denise Montgomery | ) CHAPTER 13 CASE NO.  05-66242 |
| | ) |
| Debtors | ) |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 106000**

     Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $6.76 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was completed in December 2010 and a refund check was sent to the Debtors in the amount of $6.76 in January 2011.
3. To date the check remains uncashed.

     WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $6.76 into U.S. Treasury Fund 106000 on behalf of  Debtors, Melvin and Denise Montgomery, whose last known address was 4761 Buchanan Street, Gary, IN 46408.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on May 2, 2011 to the attorney for the debtor and the United States Trustee and to the debtor by First Class Mail as stated below:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

Melvin and Denise Montgomery, 4761 Buchanan Street, Gary, IN 46408